IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GENPROD

V.                          NO.  3:05CV00281 JMM

EARLE INDUSTRIES, INC., ET AL

## ORDER

The Complaint in this matter was filed on December 12, 2005. The case file does not reflect that plaintiff has served defendants with process, therefore, failing to meet the requirements under the Federal Rules of Civil Procedure with respect to Rule 4(l) requiring proof of service upon defendant and (m) requiring a 120-day time limit for service. It appears that plaintiff does not wish to pursue this action.

IT IS THEREFORE ORDERED that plaintiff shall notify the Court within ten days of the entry of this Order as to whether it intends to pursue this action against defendants. If plaintiff fails to comply with this Order, the Court will be inclined to dismiss this matter for failure to prosecute.

Dated this 6 day of June, 2006.

*[signature]*
UNITED STATES DISTRICT JUDGE