IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GENPROD                                                                                           PLAINTIFF

vs.                    CASE NO. 3:05cv00281 JMM

EARLE INDUSTRIES, INC., et al                                                           DEFENDANTS

ORDER OF DISMISSAL

Plaintiff has filed a notice of voluntary dismissal stating that the parties have settled this matter (docket #5).

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. The parties may also file any stipulation or settlement agreement within the above stated time.

Dated this 12th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE